UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BROADCAST MUSIC, INC., HARRICK MUSIC, INC., EMI VIRGIN SONGS, INC., WELSH WITCH MUSIC, CORAL REEFER MUSIC, SONY/ATV SONGS LLC dba Sony/ATV Acuff Rose Music, R-KEY DARKUS PUBLISHING, ORBI-LEE PUBLISHING, and BARBARA ORBISON MUSIC COMPANY,

    Plaintiffs,

v.                          Case No: 2:14-cv-125-FtM-29CM

MBRATTA ENTERPRISES, INC. and MICHAEL L. BRATTA, SR.,

    Defendants.

## **OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #41), filed May 21, 2015, recommending that plaintiffs' Motion for Sanctions and Entry of Default Against MBratta Enterprises, Inc. d/b/a Bratta's Piano Bar & Ristorante and Michael L. Bratta Sr. (Doc. #39) be granted, defendants' Answer and Affirmative Defense (Doc. #19) be stricken, and Clerk's defaults be entered against defendants. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify

the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #41) is hereby **adopted** and the findings incorporated herein.

2. Plaintiffs' Motion for Sanctions and Entry of Default Against MBratta Enterprises, Inc. d/b/a Bratta's Piano Bar & Ristorante and Michael L. Bratta Sr. (Doc. #39) is **GRANTED**.

3. The Answer and Affirmative Defenses (Doc. #19) are **STRICKEN**.

4.   The Clerk is directed to enter defaults against defendants.

5.   Plaintiffs shall timely move a for a default judgment within **SIXTY (60) DAYS** of the entry of the defaults.

**DONE and ORDERED** at Fort Myers, Florida, this ___16th___ day of June, 2015.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties